```
ADAMS LAW GROUP, LTD.
JAMES R. ADAMS, ESQ.
5420 W. Sahara Ave. Suite 202
Las Vegas, Nevada 89146
702-838-7200 Tel
702-838-3636 Fax
james@adamslawnevada.com
Attorney for CADLES OF GRASSY
MEADOWS II, LLC
```

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>PHILLIP AHMADZAI<br><br>Debtors | Case No.: 15-16525-LED<br><br>**EX PARTE MOTION FOR ORDER FOR EXAMINATION OF PHILLIP AHMADZAI**<br><br>Document Production<br>Date: February 19, 2016<br>Time: 4:00pm<br><br>2004 Examination<br>Date: February 29, 2016<br>Time: 1:30 pm |

COMES NOW Creditor CADLES OF GRASSY MEADOWS II, LLC ("Cadles" or "Movant"), by and through James R. Adams, Esq. of Adams Law Group, Ltd. as its counsel of record in the above-entitled action, and hereby apply for the entry of an Order authorizing the examination of Debtor PHILLIP AHMADZAI pursuant to Fed. R. Bankr. P. 2004 and L.R. 2004 and the production of documents prior to said examination.

The examination is requested for PHILLIP AHMADZAI, commencing at the hour of 1:30 pm on February 29, 2016, and continuing until concluded. The examination will take place at the law firm of ADAMS LAW GROUP, LTD. 5420 W. Sahara Suite 202, Las Vegas, NV 89146. Personal appearance of PHILLIP AHMADZAI shall be required. PHILLIP AHMADZAI shall also be required to produce documents in anticipation of the exam by no later than February 19, 2016. The documents PHILLIP AHMADZAI shall produce are set forth herein as Exhibit A hereto.

This Motion is made to permit Movant to examine the Debtor in more detail based on the

1

questions and answers given at the 341 Conference on December 23, 2015. Movant intends to request Debtor answer questions as to his assets, trusts, transfer of assets prior to the filing of bankruptcy, Debtor's employment and employment history based on public record versus Debtor's representations in his bankruptcy petition, Debtor's ownership or involvement of various corporate and limited liability companies based on public record versus Debtor's representations in his bankruptcy petition, and Debtor's income and budget as alleged in his bankruptcy petition. Debtor's bankruptcy was filed just days before a Nevada Eighth Judicial Court Order required Debtor to appear for a Judgement Debtor Exam and produce documents accordingly. Movant seeks to ask questions and seek documents in accordance with that Judgement Debtor Examination.

A proposed order shall be submitted attached hereto as Exhibit B.

Dated this 22nd day of January, 2016.

ADAMS LAW GROUP, LTD.

_____
JAMES R. ADAMS, ESQ.
Nevada Bar No. 6874
5420 W. Sahara Ave. Suite 202
Las Vegas, Nevada 89146
Attorney for Cadles of Grassy Meadows

**CERTIFICATE OF SERVICE**

1. I HEREBY CERTIFY that on the 26 day of January, 2016, a copy of the **EX PARTE MOTION FOR ORDER FOR EXAMINATION OF PHILLIP AHMADZAI** was served on the following party by mailing a copy thereof, U.S. Mail to:

Phillip Amadzai
10620 Southern Highlands Pkwy #110-495
Las Vegas, Nevada 89141

Stephanie H. Clement, Esq.
9960 W. Cheyenne Ave. #190
Las Vegas, Nevada 89129

I HEREBY CERTIFY that on the 26 day of January, 2016, pursuant to FRBP 5(b), I served via CM/ECF a true and correct copy of the same to all parties as identified in the Court generated Notice of Electronic Filing.

_____
An employee of Adams Law Group, Ltd.

# Exhibit A

# Exhibit A

# REQUESTED DOCUMENTS
## 7-09

**I.  BANK RECORDS**

  A. Any and all documents and records of checking, savings, or any other type of account, foreign or domestic, maintained by deponent with any type of financial institution during the last five years, including but not limited to monthly account statements, checks, check registers, check stubs, cancelled checks, and deposit slips.

  B. All documents that refer to, relate to, reflect or concern any transfers made to or from any financial account held for the benefit of deponent, by any third party, for the last five years.

  C. Any and all signature cards that name deponent as an authorized signatory on any financial account, for any entity or other third party, for the past five years.

  D. Any and all documents submitted to any bank financial institution, or any other person or entity, by deponent, for any loan or advance, in any capacity (borrower, guarantor, or surety) for the past five years.

  E. Any and all documents concerning any interest in, or claimed title to, any certificates of deposit, letters of credit, money orders, cashier's checks, traveler's checks, bank deposits or escrow funds owned or held be deponent in the past five years.

  F. Any and all documents related to any account in which any of deponent's earnings or other income has been deposited into in the past five years, whether deponent continued to have an interest in it or not.

  G. Any and all documents evidencing deponent having authority to access any safe deposit box or other bank-secured area, for the last five years.

  H. Any and all documents evidencing any application signed by deponent or on behalf of deponent or deponent's wife and/or children, to open a foreign or offshore financial account in the name of deponent or any other entity.

  I. Copies of IRA contracts for all IRAs that you currently have.

  J. Copies of any IRA or 401K's that were "rolled over".

  K. Complete contribution and distribution records for any current or previous IRAs or 401Ks.

  L. Copies of any and all bills or living expenses paid for with your IRA or 401K distributions.

  M. Copies of any loans taken against your IRA or 401K.

## II. REAL PROPERTY

  A. Any and all documents that refer to, reflect, or relate to any real property owned by deponent in the past five years.

  B. Any and all documents that refer to, reflect, or relate to encumbrances on any real property owned by deponent.

  C. Any and all documents evidencing ownership of real property in which deponent currently enjoys a direct or indirect beneficial interest.

  D. Any and all checks, receipts, deeds or other evidence of the sale or transfer of any real property in which you had a legal or equitable ownership interest in, within the past five years.

  E. Any and all lease agreements for real property in which deponent is the landlord, or has a beneficial interest in.

  F. Any and all lease agreements for real property in which the deponent is the lessor or lessee.

  G. Any and all documents that evidence deponent's name being on any real property tax records, as payor or trustee for the past five years.

  H. Any and all deeds that title any real property to deponent as trustee for any other person or entity.

  I. Any and all deeds of trust or mortgages held in favor of deponent at present or owned during the last five years.

  J. Any and all documents evidencing any time-shares that deponent enjoys the use of.

  K. Copies of any appraisals or other forms of valuation for any property that you have an interest in or had an interest within the past five years.

  L. Promissory Notes or Mortgages you signed during the past six years.

  M. Copies of all deeds/mortgages to which you hold property as tenants by the entireties, tenants in common or joint tenants.

  N. Any and all checks, receipts, deeds or other evidence of the sale or transfer of surface rights on any real property in which you had a legal

2

or equitable ownership interest in but you maintained the mineral rights and/or sub-surface rights within the past 10 years.

### III. PERSONAL PROPERTY

A. Certificates of title or other evidence of ownership of any boat, automobile, truck, watercraft, motorcycle, four-wheeler, recreational vehicle, go-kart, aircraft, agricultural equipment, or construction equipment owned by or in possession of deponent, whether owned by deponent or entity that deponent is affiliated with, or held in trust by deponent.

B. Any and all note receivables, pledges or security interests in favor of deponent now, and in the past five years.

C. Copies of all homeowner's insurance policies and any other insurance policies or riders that have insured any property that deponent owns or has the benefit of use of, for the past five years.

D. List of household furnishings and fixtures that have been purchased within the last year that had a purchase price of $999 or more.

E. Copies of all dock slips or other documentation evidencing the right to dock any watercraft, whether deponent has a legal or beneficial interest in.

F. Any and all documents that refer to or reflect any livestock owned by deponent within the past five years.

G. List and valuation of all collectibles (i.e. stamps, coins, sports cards, etc) that deponent now owns or has owned within the past five years.

H. Any and all documents that refer to, or relate to any guns, jewelry, antiques, art, paintings or other similar assets owned by deponent or in deponents possession within the past five years.

I. Any and all documents evidencing any interest deponent may have in any patents, trademarks, copyrights, franchises, royalties of any kind, oil and gas rights, timber rights, or mineral rights.

### IV. BUSINESS INTERESTS/EMPLOYMENT

A. All documents that identify the name and addresses of any person or entity that has employed deponent within the past five years.

B. All documents that identify any person or entity that deponent has acted as an independent contractor for in the past five years.

3

C. All documents referring in any way, directly or indirectly, to any and all businesses in which deponent is a stockholder, partner, officer, director, owner, or registered agent.

D. Any and all corporate charters, minutes of stockholders meetings, resolutions, or recorded evidence of any kind relating to the affairs of any corporation owned by deponent, or any subsidiary or other entity in which such corporation holds an ownership interest during the past five years.

E. Lists of all customers, clients, etc. of any kind with which the corporation (or any other business entity owned by deponent) does business or has done business during the past five years.

F. All local, state and federal tax returns filed by deponent in the past five years, including all attachments, schedules, W-2's, K-1's, 1099 and 1098 forms.

G. All documents referring, relating or pertaining to any records of salaries, commissions, bonuses, income from employment, wages, pay stubs, dividends, royalties, allowances, expenses or other sums of money paid to deponent within the past five years.

H. Any and all employment contracts that deponent has had in the past five years.

## V. INVESTMENTS

A. Any and all documents and records of stocks, bonds, mutual funds, debentures, certificates of deposit or any other investment vehicle owned or held for the benefit of deponent.

B. Any and all documents relating to any retirement accounts or annuities, whether individual or employer sponsored, that are owned by deponent, or held for the benefit of deponent.

C. Any and all rent rolls for all properties in which deponent has had an ownership interest in for the past five years.

D. Copies of all 1099-D's or 1099-I's issued to deponent within the past five years.

E. Any and all documents referring to any stock options or profit-sharing plans held by deponent or for the benefit of deponent.

F. Any and all documents that evidence a cash value in any life insurance policy of deponent and copies of all policies whether term, whole life or universal

4

**VI.  GENERAL**

    A. All documents evidencing any trusts or amendments to trusts in which the deponent is a grantor, settlor, trustee, or beneficiary.

    B. All documents evidencing any and all trusts or amendments to trusts that the deponent has directly or indirectly contributed any assets to within the past ten years.

    C. Copies of all pre and post-nuptial agreements, to include the list of assets and liabilities to be held separately.

    D. Copies of all separate property agreements, to include the list of assets and liabilities to be held separate.

    E. Copy of any Wills including all amendments in which deponent is or was named as a beneficiary.

    F. All passports for travel outside of the United States.

    G. Copies of any and all credit card statements, for all cards in which deponent is an authorized user, for the past two years.

    H. All documents referring or reflecting the name and address of any storage facility or mini-warehouse to which deponent has access.

    I. Copies of any and all financial statements that deponent has prepared for any lender or creditor in the past five years.

    J. Copies of any and all professional licenses that are held by deponent.

    K. Copies of all driver's licenses.

    L. Copy of birth certificate.

    O. Copies of all divorce decrees and any affidavits submitted in those proceedings.

# Exhibit B

Exhibit B

```
 1  ADAMS LAW GROUP, LTD.
    JAMES R. ADAMS, ESQ.
 2  5420 W. Sahara Ave. Suite 202
    Las Vegas, Nevada 89146
 3  702-838-7200 Tel
    702-838-3636 Fax
 4  james@adamslawnevada.com
    Attorney for CADLES OF GRASSY
 5  MEADOWS II, LLC
```

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>PHILLIP AHMADZAI<br><br>Debtors | Case No.: 15-16525-LED<br><br>**ORDER GRANTING EX PARTE MOTION FOR ORDER FOR EXAMINATION OF PHILLIP AHMADZAI**<br><br>Document Production<br>Date: February 19, 2016<br>Time: 4:00pm<br><br>2004 Examination<br>Date: February 29, 2016<br>Time: 1:30 pm |

This Court having read and considered the Ex Parte Motion for Order for Examination of PHILLIP AHMADZAI by Creditor CADLES OF GRASSY MEADOWS II, LLC ("Cadles" or "Movant"), pursuant to Federal Rule of Bankruptcy Procedure 2004, and for good cause appearing:

1

IT IS HEREBY ORDERED that the examination of PHILLIP AHMADZAI shall commence at the hour of February 29, 2016 at 1:30 pm, and continuing until concluded. The examination will take place at the law firm of ADAMS LAW GROUP, LTD. 5420 W. Sahara Suite 202, Las Vegas, NV 89146.

IT IS FURTHER ORDERED that PHILLIP AHMADZAI shall produce documents listed and identified attached to this Order as Exhibit 1 to ADAMS LAW GROUP, LTD. 5420 W. Sahara Suite 202, Las Vegas, NV 89146 by no later than February 19, 2016 by 4:00 pm.

IT IS FURTHER ORDERED that the 2004 Examination may be continued from day to day as necessary.

Respectfully Submitted:

ADAMS LAW GROUP, LTD.

_____ #9170
JAMES R. ADAMS, ESQ.
Nevada Bar No. 6874
5420 W. Sahara Ave. Suite 202
Las Vegas, Nevada 89146

# Exhibit 1

Exhibit 1

**REQUESTED DOCUMENTS**
**7-09**

I. **BANK RECORDS**

   A. Any and all documents and records of checking, savings, or any other type of account, foreign or domestic, maintained by deponent with any type of financial institution during the last five years, including but not limited to monthly account statements, checks, check registers, check stubs, cancelled checks, and deposit slips.

   B. All documents that refer to, relate to, reflect or concern any transfers made to or from any financial account held for the benefit of deponent, by any third party, for the last five years.

   C. Any and all signature cards that name deponent as an authorized signatory on any financial account, for any entity or other third party, for the past five years.

   D. Any and all documents submitted to any bank financial institution, or any other person or entity, by deponent, for any loan or advance, in any capacity (borrower, guarantor, or surety) for the past five years.

   E. Any and all documents concerning any interest in, or claimed title to, any certificates of deposit, letters of credit, money orders, cashier's checks, traveler's checks, bank deposits or escrow funds owned or held be deponent in the past five years.

   F. Any and all documents related to any account in which any of deponent's earnings or other income has been deposited into in the past five years, whether deponent continued to have an interest in it or not.

   G. Any and all documents evidencing deponent having authority to access any safe deposit box or other bank-secured area, for the last five years.

   H. Any and all documents evidencing any application signed by deponent or on behalf of deponent or deponent's wife and/or children, to open a foreign or offshore financial account in the name of deponent or any other entity.

   I. Copies of IRA contracts for all IRAs that you currently have.

   J. Copies of any IRA or 401K's that were "rolled over".

   K. Complete contribution and distribution records for any current or previous IRAs or 401Ks.

L. Copies of any and all bills or living expenses paid for with your IRA or 401K distributions.

M. Copies of any loans taken against your IRA or 401K.

## II. REAL PROPERTY

A. Any and all documents that refer to, reflect, or relate to any real property owned by deponent in the past five years.

B. Any and all documents that refer to, reflect, or relate to encumbrances on any real property owned by deponent.

C. Any and all documents evidencing ownership of real property in which deponent currently enjoys a direct or indirect beneficial interest.

D. Any and all checks, receipts, deeds or other evidence of the sale or transfer of any real property in which you had a legal or equitable ownership interest in, within the past five years.

E. Any and all lease agreements for real property in which deponent is the landlord, or has a beneficial interest in.

F. Any and all lease agreements for real property in which the deponent is the lessor or lessee.

G. Any and all documents that evidence deponent's name being on any real property tax records, as payor or trustee for the past five years.

H. Any and all deeds that title any real property to deponent as trustee for any other person or entity.

I. Any and all deeds of trust or mortgages held in favor of deponent at present or owned during the last five years.

J. Any and all documents evidencing any time-shares that deponent enjoys the use of.

K. Copies of any appraisals or other forms of valuation for any property that you have an interest in or had an interest within the past five years.

L. Promissory Notes or Mortgages you signed during the past six years.

M. Copies of all deeds/mortgages to which you hold property as tenants by the entireties, tenants in common or joint tenants.

N. Any and all checks, receipts, deeds or other evidence of the sale or transfer of surface rights on any real property in which you had a legal

2

or equitable ownership interest in but you maintained the mineral rights and/or sub-surface rights within the past 10 years.

### III. PERSONAL PROPERTY

A. Certificates of title or other evidence of ownership of any boat, automobile, truck, watercraft, motorcycle, four-wheeler, recreational vehicle, go-kart, aircraft, agricultural equipment, or construction equipment owned by or in possession of deponent, whether owned by deponent or entity that deponent is affiliated with, or held in trust by deponent.

B. Any and all note receivables, pledges or security interests in favor of deponent now, and in the past five years.

C. Copies of all homeowner's insurance policies and any other insurance policies or riders that have insured any property that deponent owns or has the benefit of use of, for the past five years.

D. List of household furnishings and fixtures that have been purchased within the last year that had a purchase price of $999 or more.

E. Copies of all dock slips or other documentation evidencing the right to dock any watercraft, whether deponent has a legal or beneficial interest in.

F. Any and all documents that refer to or reflect any livestock owned by deponent within the past five years.

G. List and valuation of all collectibles (i.e. stamps, coins, sports cards, etc) that deponent now owns or has owned within the past five years.

H. Any and all documents that refer to, or relate to any guns, jewelry, antiques, art, paintings or other similar assets owned by deponent or in deponents possession within the past five years.

I. Any and all documents evidencing any interest deponent may have in any patents, trademarks, copyrights, franchises, royalties of any kind, oil and gas rights, timber rights, or mineral rights.

### IV. BUSINESS INTERESTS/EMPLOYMENT

A. All documents that identify the name and addresses of any person or entity that has employed deponent within the past five years.

B. All documents that identify any person or entity that deponent has acted as an independent contractor for in the past five years.

3

C. All documents referring in any way, directly or indirectly, to any and all businesses in which deponent is a stockholder, partner, officer, director, owner, or registered agent.

D. Any and all corporate charters, minutes of stockholders meetings, resolutions, or recorded evidence of any kind relating to the affairs of any corporation owned by deponent, or any subsidiary or other entity in which such corporation holds an ownership interest during the past five years.

E. Lists of all customers, clients, etc. of any kind with which the corporation (or any other business entity owned by deponent) does business or has done business during the past five years.

F. All local, state and federal tax returns filed by deponent in the past five years, including all attachments, schedules, W-2's, K-1's, 1099 and 1098 forms.

G. All documents referring, relating or pertaining to any records of salaries, commissions, bonuses, income from employment, wages, pay stubs, dividends, royalties, allowances, expenses or other sums of money paid to deponent within the past five years.

H. Any and all employment contracts that deponent has had in the past five years.

## V. INVESTMENTS

A. Any and all documents and records of stocks, bonds, mutual funds, debentures, certificates of deposit or any other investment vehicle owned or held for the benefit of deponent.

B. Any and all documents relating to any retirement accounts or annuities, whether individual or employer sponsored, that are owned by deponent, or held for the benefit of deponent.

C. Any and all rent rolls for all properties in which deponent has had an ownership interest in for the past five years.

D. Copies of all 1099-D's or 1099-I's issued to deponent within the past five years.

E. Any and all documents referring to any stock options or profit-sharing plans held by deponent or for the benefit of deponent.

F. Any and all documents that evidence a cash value in any life insurance policy of deponent and copies of all policies whether term, whole life or universal

4

**VI. GENERAL**

A. All documents evidencing any trusts or amendments to trusts in which the deponent is a grantor, settlor, trustee, or beneficiary.

B. All documents evidencing any and all trusts or amendments to trusts that the deponent has directly or indirectly contributed any assets to within the past ten years.

C. Copies of all pre and post-nuptial agreements, to include the list of assets and liabilities to be held separately.

D. Copies of all separate property agreements, to include the list of assets and liabilities to be held separate.

E. Copy of any Wills including all amendments in which deponent is or was named as a beneficiary.

F. All passports for travel outside of the United States.

G. Copies of any and all credit card statements, for all cards in which deponent is an authorized user, for the past two years.

H. All documents referring or reflecting the name and address of any storage facility or mini-warehouse to which deponent has access.

I. Copies of any and all financial statements that deponent has prepared for any lender or creditor in the past five years.

J. Copies of any and all professional licenses that are held by deponent.

K. Copies of all driver's licenses.

L. Copy of birth certificate.

O. Copies of all divorce decrees and any affidavits submitted in those proceedings.

N:\Forms-Instructions\REQUESTED DOCUMENTS 07-09.doc