

Mary A. Schott
Clerk of Court



Entered on Docket
February 04, 2016

───────────────────────────────

1  ADAMS LAW GROUP, LTD.
   JAMES R. ADAMS, ESQ.
2  5420 W. Sahara Ave. Suite 202
   Las Vegas, Nevada 89146
3  702-838-7200 Tel
   702-838-3636 Fax
4  james@adamslawnevada.com
   Attorney for CADLES OF GRASSY
5  MEADOWS II, LLC

6
                    **UNITED STATES BANKRUPTCY COURT**
7
                            **DISTRICT OF NEVADA**
8

9  In re                                  Case No.: 15-16525-LED

10 PHILLIP AHMADZAI                       **ORDER GRANTING EX PARTE
                                          MOTION FOR ORDER FOR
11           Debtors                      EXAMINATION OF PHILLIP
                                          AHMADZAI**
12

13
                                          2004 Examination
14                                        Date: February 19, 2016
                                          Time: 10:00 am
15

16

17
         This Court having read and considered the Ex Parte Motion for Order for Examination of
18
   PHILLIP AHMADZAI by Creditor CADLES OF GRASSY MEADOWS II, LLC ("Cadles" or
19
   "Movant"), pursuant to Federal Rule of Bankruptcy Procedure 2004, and for good cause appearing:
20
         IT IS HEREBY ORDERED that the examination of PHILLIP AHMADZAI shall commence
21

                                              1

at the hour of February 19, 2016 at 10:00 am, and continuing until concluded. The examination will take place at the law firm of ADAMS LAW GROUP, LTD. 5420 W. Sahara Suite 202, Las Vegas, NV 89146.

IT IS FURTHER ORDERED that the 2004 Examination may be continued from day to day as necessary.

Respectfully Submitted:

ADAMS LAW GROUP, LTD.

JAMES R. ADAMS, ESQ.
Nevada Bar No. 6874
5420 W. Sahara Ave. Suite 202
Las Vegas, Nevada 89146